# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No.: 23-CR-379 |
| | § | |
| EDIEL BARROSO-QUINTERO | § | |

## MOTION TO DISMISS REMAINING COUNT OF INDICTMENT

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas, and files this Motion to Dismiss Remaining Count of Indictment.

Defendant was charged with a two-count indictment. Defendant pled guilty to Count Two of the indictment, violation of the Migratory Bird Treaty Act. On April 11, 2014, Defendant was sentenced on that count. The Government therefore moves to dismiss Count One, which is the remaining count of the indictment.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY


*/s/Robert S. Johnson*
ROBERT S. JOHNSON
ASSISTANT U.S. ATTORNEY

## **CERTIFICATE OF SERVICE**

On April 12, 2024, the United States electronically filed this Motion and provided an electronic copy to counsel for Defendant.

/s/ *Robert S. Johnson*
Robert S. Johnson
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | Criminal No. 4:23-CR-379 |
| **EDIEL BARROSA-QUINTERO,** Defendant. | § § § | |

## ORDER

Defendant Ediel Barrosa-Quintero pleaded guilty to Count Two of the indictment, admitting to selling migratory birds in violation of the Migratory Bird Treaty Act, Title 16, United States Code, Section 707(b)(2). On April 11, 2024, Defendant was sentenced on that count. The Government has moved to dismiss the remaining count of the indictment, Count One.

Accordingly, the Government's Motion is hereby GRANTED. The Court ORDERS that Count One of the indictment be dismissed.

Signed in Houston, Texas, on the ___ day of April 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE