UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | Criminal No. 4:23-CR-379 |
| **EDIEL BARROSA-QUINTERO,** Defendant. | § § § | |

## PRELIMINARY ORDER OF FORFEITURE

Defendant Ediel Barrosa Quintero pleaded guilty to Count Two of the indictment, admitting to selling migratory birds in violation of the Migratory Bird Treaty Act, Title 16, United States Code, Section 707(b)(2).

Pursuant to Title 16, United States Code, Section 707(d), all traps and equipment are subject to forfeiture if used by the defendant when engaged in or attempting to engage in pursuing, hunting, taking, trapping, ensnaring, capturing, or killing any migratory bird in violation of the subchapter with the intent to offer such bird for sale. Further, pursuant to Title 16, United States Code, Section 706, all birds captured, killed, taken, sold or offered for sale in violation of the subchapter are subject to forfeiture.

In his Plea Agreement, the Defendant admitted that he sold 8 migratory birds in exchange for $104.00, and he admitted that one or more of the conditions set forth in Title 21, United States Code, Section 853(p), exists. The Defendant agreed to the

imposition of a money judgment in the amount of $104.00, and he agreed to the forfeiture of 3 wooden bird traps seized from his residence on April 13, 2022.

Having considered the plea agreement, the record and the applicable law, the Court ORDERS:

1. That Defendant Ediel Barrosa Quintero shall forfeit $104.00 to the United States, and that a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2. That the following property is forfeited to the United States: three (3) wooden bird traps seized from the Defendant's residence on April 13, 2022.

3. That the United States shall publish notice of this Preliminary Order of Forfeiture and, to the extent practicable, shall provide written notice to any person who reasonably appears to be a potential claimant with standing to claim an interest in the forfeited assets. Any person, other than the defendants, asserting a legal interest in the property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the property, within such time and in the manner provided by Title 21, United States Code, Section 853(n).

This Order is made part of the Defendant's sentence and included in the judgment against him.

SIGNED at Houston, Texas on April 15, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE